IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 3 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01569-BNB

JOSE G. RABANAL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be placed on the AP Docket. Accordingly, it is

ORDERED that this case shall be placed on the AP Docket.

DATED July 13, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01569-BNB

Jose G Rabanal
338 33 ½ Rd
Palisade, CO 81526

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 13, 2011.

                                           GREGORY C. LANGHAM, CLERK

                               By: _____
                                               Deputy Clerk