IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01569-AP

JOSE G. RABANAL,

        Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
JOSE G. RABANAL
338 33 ½ Road
Palisade, CO 81526
(970) 434-3161

For Defendant:
JOHN F. WALSH
United States Attorney

J. BENEDICT GARCÍA
Assistant United States Attorney
District of Colorado

THOMAS H. KRAUS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-0017
Tom.kraus@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

     A.    **Date Complaint Was Filed:**  7/11/11

     B.    **Date Complaint Was Served on U.S. Attorney's Office:**  10/27/11

     C.    **Date Answer and Administrative Record Were Filed:**  3/13/13

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

There are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

None.

## 8. BRIEFING SCHEDULE

     A.    **Plaintiff's Opening Brief Due:**  April 30, 2013

     B.    **Defendant's Response Brief Due:**  May 31, 2013

     C.    **Plaintiff's Reply Brief (If Any) Due:**  June 14, 2013

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**  Oral Argument not requested.

    B.    **Defendant's Statement:**  Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **(X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 4th day of <u>April</u>, 2013.

                               BY THE COURT:

                               *s/John L. Kane*
                               U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Jose G. Rabanal<br>JOSE G. RABANAL<br>338 33 ½ Road<br>Palisade, CO 81526<br>(970) 434-3161<br><br>Plaintiff Pro Se | UNITED STATES ATTORNEY<br><br>JOHN F. WALSH<br>United States Attorney<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>District of Colorado<br><br>s/ Thomas H. Kraus<br>By: THOMAS H. KRAUS<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1001 17th Street<br>Denver, CO 80202<br>Telephone: (303) 844-0017<br>Tom.kraus@ssa.gov<br><br>Attorneys for Defendant |